

One Razor Blade Lane
Verona, VA 24482-0979

To:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: Chapter 11

NEW BANKRUPTCY DEBTOR,

Case No.  08-25078-ABC

Debtor.  Professional Trade Supply Of Colorado. INC dba PTS,
EIN # 84-0634679

## REQUEST FOR ALLOWANCE AND PAYMENT
## OF ADMINISTRATIVE EXPENSE CLAIM

### TO THE HONORABLE  A. Bruce Campbell
### UNITED STATES BANKRUPTCY JUDGE:

American Safety Razor Company LLC by its attorneys, Lawrence
Friedman, as and for its request for allowance and payment of an
administrative expense claim pursuant to 11 U.S.C. §503(b)(9), relating to the
prior delivery of goods to the Debtor in the ordinary course of business,
represents and shows this court as follows:

1.  On September 29, 2008 (the "Petition Date"), Professional Trade
Supply of Colorado, Inc (the "Debtor") filed a voluntary petition under Chapter
11 of the United States Bankruptcy Code. Since the Chapter 11 filing, the
Debtor continues in possession and management of its property as a debtor-in-
possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2. The Vendor is a national/regional supplier of goods, merchandise and products which were sold and delivered to the Debtor prior to commencement of the Chapter 11 case.

3. Contemporaneously herewith, the Vendor has asserted a reclamation demand for all goods and merchandise sold and delivered to the Debtor within 45 days of the Petition Date or such lesser period as applicable. A copy of Vendor's reclamation demand is annexed hereto as <u>Exhibit</u> "A".

4. In conjunction with the reclamation demand, Vendor hereby also asserts an administrative expense priority claim pursuant to 11 U.S.C. §503(b)(9) in the sum of $5,885.00, representing the value of so much of the goods and merchandise which were sold and delivered to the Debtor within 20 days of the Petition Date (hereinafter the "20 Day Deliveries"). A statement of account for the 20 Day Deliveries, together with applicable invoices is collectively annexed hereto as Exhibit "B".

5. All 20 Day Deliveries were ordered, purchased and delivered by the Vendor to the Debtor in the ordinary course of the parties' respective businesses.

6. 11 U.S.C. Section 503(b)(9) as recently adopted, now provides for the allowance of administrative expense treatment "for the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title (Title 11) . . . which goods have been sold to the debtor in the ordinary course of . . . business". Moreover, the Vendor's entitlement to an administrative expense priority claim under 11 U.S.C. §50d(b)(9) applies regardless of whether the Vendor has a valid reclamation claim or even makes demand therefore.

7.  The Vendor's administrative expense claim should be paid promptly by the Debtor, or, alternatively, the Vendor is entitled to adequate assurances of payment on account of its administrative expense claim in the event payment is deferred on the same or similar terms obtained by other administrative expense claimants, including all professional persons.

WHEREFORE, the Vendor respectfully prays for relief consistent with the foregoing, together with such other and further relief as may be just and proper.

Dated: February 10, 2009

Agent for Vendor

County/City of __Augusta__
Commonwealth of Virginia
The foregoing instrument was acknowledged before me
this _9th_ day of _February_, _2009_
by _Bernard A McGough_
_Michelle L Phillips_ Notary Public #238968
My commission expires __3-31-2012__



By: _Bernard A McGough_
    Bernard A McGough
    Corporate Director of Credit
    American Safety Razor
    Company

*Exhibit A*



**Corporate Accounts Receivable**

540/245-2232 • Fax 540/248-9771
One Razor Blade Lane • Verona, Virginia 24482

*Oct. 6, 2008*

*Professional Trade Supply of Colorado, Inc.*
*Attn: President*
*13802 E 33rd Street*
*Aurora, CO 80011*

*Reference: Exercise of Right of Reclamation*

*Dear Sir/Madam:*

*Pursuant to the terms of Section 546 of Title 11, United States Code, American Safety Razor Company, LLC hereby demands that Professional Trade Supply of Colorado, Inc. return all goods received and not paid for as provided for in the above provisions of the law. This demand includes the following invoices:*

| Date | Invoice# | PO# | Amount |
|------|----------|-----|--------|
| 8/12/08 | 1740848 | 129316 | 3,935.70 |
| 8/19/08 | 1744207 | 129316 | 424.80 |
| 9/16/08 | 1759065 | S13950 | 5,885.00 |
| | | | $10,245.50 |

*If you have any questions concerning this reclamation, please call me at 540-248-9723.*

*Sincerely,*

*Bernard A. McGough*
*Corporate Director of Credit*
*American Safety Razor Company*

Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Professional Trade Supply
of Colorado, Inc
Attn: President
13 802 E 33rd Street
Aurora, Co. 80011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X C Simond   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 1300 0001 8396 1193

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .42 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.32 |

Sent To
Professional Trade Supply of Co
Street, Apt. No.; or PO Box No. 13802 E 33rd Street
City, State, ZIP+4 Aurora, CO 80011

7008 1300 0001 8396 1193

PS Form 3800, August 2006    See Reverse for Instructions

arcsiq.p.1+               27.13 Customer Account Inquiry               10/27/08

Bill To: 0024163 PROFESSIONAL TRADE /              Balance: 17,695.70
Open Only: Yes   Currency:                Reporting Currency: USD
Beg Date: 10/28/07 End Date: 10/27/08                          Output: terminal

| Date | Ref *Invoice* | T | Due Date | C | Amount | Amount Open | Cur | Check | Days |
|------|------|---|----------|---|--------|-------------|-----|-------|------|
| 09/16/08 | 1759065 | I | 10/23/08 | | 5,885.00 | 5,885.00 | USD | | |
| 08/19/08 | 1744207 | I | 09/25/08 | | 424.80 | 424.80 | USD | | |
| 08/12/08 | 1740848 | I | 09/18/08 | | 3,935.70 | 3,935.70 | USD | | |
| 08/07/08 | 1739077 | I | 09/13/08 | | 3,599.60 | 3,599.60 | USD | | |
| 07/16/08 | 1726811 | I | 08/22/08 | | 318.60 | 318.60 | USD | | |
| 07/12/08 | 1724071 | I | 08/18/08 | | 503.00 | 503.00 | USD | | |
| 07/07/08 | 1721288 | I | 08/13/08 | | 3,029.00 | 3,029.00 | USD | | |

Exhibit B

*Exhibit* *B*

1759065
09/16/08

Page:   1

AMERICAN SAFETY RAZOR COMPANY
P O BOX 70747
CHICAGO, IL 60673-0747

00086540
PROFESSIONAL TRADE SUPPLY
13802 EAST 33RD PLACE
AURORA, CO 80011
UNITED STATES

00086540
PROFESSIONAL TRADE SUPPLY
13802 EAST 33RD PLACE
AURORA, CO 80011
UNITED STATES

SALES ORDER:     1619957
ORDER DATE:      09/04/08
SALESPERSON:

P.O. NUM: S13950

SHIP DATE: 09/16/08     SOLD TO#: 00024163
SHIP VIA:  RDWY                    5949
FOB POINT:
PRO NUMBER:    647-053700-4
PRO NUMBER2:
CREDIT TERMS: 2/20/30

| 61-0017-0000 | CS | 20. | 0. P8050 | 100.90 | 2018.00 |
|---|---|---|---|---|---|
| 'PERS .017 HD CPT BLD 100 BL/CT, 10 CT/CS | | | | | |
| 61-0027-0000 | CS | 5. | 0. P8050 | 156.90 | 784.50 |
| PERS .017 4" STRIPPER BL 10/1TB 10 TB/CT 10 CT/CS | | | | | |
| 61-0032-0000 | CS | 10. | 0. P8050 | 177.60 | 1776.00 |
| PERS 8" FLOOR STRIPPER 5 TUBES/CT, 5 CT/CS | | | | | |
| 61-0081-0000 | CS | 15. | 0. P8050 | 87.10 | 1306.50 |
| 'PERS .025 BLUE HD UTIL 100 BL/CT, 10 CT/CS | | | | | |

* * * D U P L I C A T E * * *
--------------------------------------------------------------------------------
Non-Taxable:      5,885.00    Currency: USD      Line Total:        5,885.00
                                                      Total:        5,885.00

Exhibit B

```
P A C K I N G    L I S T
PAGE:    1
PRINT DATE: 09/15/08
PRINT TIME: 10:21:42

PICKED BY: _____  SF

PREPARED FOR
SHIPMENT BY: _____
             _____
             _____

CONFIRMED BY: _____
```

ORDER NUMBER:     1619957
PURCHASE ORDER:   S13950
SHIP TO:          00008540
PROFESSIONAL TRADE SUPPLY
13802 EAST 33RD PLACE
AURORA, CO 80011
UNITED STATES

RDWY

50% on 1 SKiD

BATCH NUMBER:
BOL:

SHIP VIA:
PRO:

| .n | Item Number | T | Site Location | Qty Open Qty to Ship | UM | Due Shipped | Weight | Cube |
|----|-------------|---|---------------|----------------------|-----|-------------|--------|------|
| 1 | 61-0017-0000 | | 5000 | 20.0 | CS | 09/11/08 * | | |
| | 'PERS .017 HD CPT BLD | | | | | | | |
| | 100 BL/CT, 10 CT/CS | | | | | | | |
| | ST | | 040000 | (20) 20.0 | | 09/11/08 ( 20 ) | 148.00 | 2.40 |
| 2 | 61-0027-0000 | | 5000 | 5.0 | CS | 09/11/08 * | | |
| | PERS .017 4" STRIPPER BL | | | | | | | |
| | 10/1TB 10 TB/CT 10 CT/CS | | | | | | | |
| | ST | | 042200 | (5) 5.0 | | 09/11/08 ( 5 ) | 56.90 | 0.90 |
| 3 | 61-0032-0000 | | 5000 | 10.0 | CS | 09/11/08 * | | |
| | PERS 8" FLOOR STRIPPER | | | | | | | |
| | 5 TUBES/CT, 5 CT/CS | | | | | | | |
| | ST | | 042000 | (10) 10.0 | | 09/11/08 ( 10 ) | 154.50 | 1.05 |
| 4 | 61-0081-0000 | | 5000 | 15.0 | CS | 09/11/08 * | | |
| | 'PERS .025 BLUE HD UTIL | | | | | | | |
| | 100 BL/CT, 10 CT/CS | | | | | | | |
| | ST | | 041000 | (15) 15.0 | | 09/11/08 ( 15 ) | 139.50 | 1.73 |

```
                              =========              ========= ========
              Totals              50.0                 498.90     6.08
```

534

*Exhibit B*

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Original Bill of Lading,

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

## AMERICAN SAFETY RAZOR COMPANY
### Razor Blade Lane, Verona, Va. 24482-0879

TO: PROFESSIONAL TRADE SUPPLY
13802 EAST 33RD PLACE

AURORA     CO   8 0011

mments:

BOL NUMBER: 161995709105
SHIP DATE: 09/16/08
SHIP VIA: RDWY
P. O. NUMBER: S13950
ORDER NUMBER:   1619957 05

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor)

Charges are prepaid unless otherwise noted.

| Pkgs | Description of Articles | Class | Weight | |
|------|------------------------|-------|--------|--|
| 50 | Knife Blades, Steel O/T Gold or Silver Plated | CL 77.5 | 500 | PREPAID |
| | NMFC - 100940 Sub 3 | | | |

tals

50   (cs on)
1 pallet

500

534

Received $ .........................
to apply in prepayment of the charges on the property described hereon.

FOR SHIPMENT STATUS, CALL 1-800-ROADWAY

647

08/22/07

**647-053700-4**

Roadway's tariffs are incorporated herein (copies available upon request). Roadway's tariffs limit its liability. This shipment is subject to the terms and conditions of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

Pro#: 647-053700-4

| C.O.D. SHIPMENT | REMIT ALL BILLS FOR PAYMENT TO: | AGENT OR CASHIER |
|---|---|---|
| .D. AMT. | American Safety Razor Company | |
| LECTION | P.O. Box 818019 | |
| TOTAL CHARGES | Cleveland, OH 44181 | Per _____ |

(The signature here acknowledges only the amount prepaid.)

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above articles are property described by name, and are packed and marked and are in proper condition for transportation according to regulations prescribed by the Interstate Commerce mission.

he shipment moves between two parties by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

pper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

E-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

CHARGES ADVANCED
1 SWS STC 50CS
$ _____

PER _____   SHIPPER

ACCOUNTING COPY     Shipper, Per _____ 9/16/08   Agent, Per _____

Exhibit B

PRO NO 647-053700-4

09-16-08    DESTINATION 890-1    RATE CODE /12    ITEM/TENDER NO 83394..4    PAGE 03 OF 03

ORG 647

S13950

AMERICAN SAFETY RAZOR
ONE RAZOR BLADE LANE
VERONA VA 24482

SHIPPER 0015

PROFESSIONAL TRADE SUPPLY
13802 E 33RD PL
AURORA CO 80011

WE 23
CONS CODE 1038
0.032
CASW 800

ROADWAY'S TARIFFS LIMIT ITS LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED
BELOW. THANK YOU!    ROADWAY EXPRESS, INC.

PLEASE SIGN HERE        DATE        TIME

X

| UNIT NO | CHRN # | HU | LOCATION | CHRN F | HU | FLOOR | UNIT NO |
|---------|--------|-----|----------|--------|-----|-------|---------|
| 353201  |        |     | TERMD1   |        |     | 26    |         |

BL OR OBL NO
161995709105

PRO NO XXX 647-053700-4

PKG    HU    DESCRIPTION OF ARTICLES    CODE    WEIGHT (LB)    RATE    CHARGES

CO#: 1619957 05

DELIVERY RECEIPT

C Exhibit B
647-053700-4  138/99  ***

| ROADWAY DATE | DESTINATION | RATE CODE | PAGE | PAGE |
|---|---|---|---|---|
| 09-16-08 | B90- | /12 | 83394..4 | 01 OF 03 |

PO NO./DEPT NO.
S13950

AMERICAN SAFETY RAZOR
ONE RAZOR BLADE LANE
VERONA VA 24482

PROFESSIONAL TRADE SUPPLY
13802 E 33RD PL
AURORA CO 80011

CORE CODE
1038

CASH BOO

ORG
647

ROADWAY'S TARIFFS LIMIT ITS LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED
BELOW. THANK YOU!  ROADWAY EXPRESS, INC.

PLEASE SIGN HERE          DATE          TIME

X _____ 9-22-08

353201

SEE FINAL PAGE...

BL OR SN. NO.
161995709105

SEE FINAL PAGE...

SEE FINAL PAGE

PRO  647-053700-4

| NO. HU | PKG | HM | DESCRIPTION OF ARTICLES | COMP | WEIGHT (LB) | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | WEIGHT CORRECTION ISS: 09-17 | | | | |
| | | | ASSESSED PER ATTACHED WEIGHT CERTIFIC | | | | |
| | | | DID READ PCS: 1 WT: S34 | | | | |
| 1 | SKD | | FORKS, KNIVES, BLADES OR SPOONS, | C77.5 | 501 | | |
| | | | STEEL O/T GOLD OR SILVER PLATED | | | | |
| | | | NMFC=10094003 CLG775 | | | | |
| | | | 50 CAS | | | | |
| | | | PALLET WEIGHT | PLTW | 34 | | |
| | | | LBS34 | | | | |

DELIVERY RECEIPT

| 09-16-08 | 890- | /12 | 83394..4 | PAGE 02 OF 03 | P R O N O |
|---|---|---|---|---|---|

PO NO / DEPT NO
S13950

ORG
647

AMERICAN SAFETY RAZOR    SHIPPER DA15
ONE RAZOR BLADE LANE
VERONA VA 24482

PROFESSIONAL TRADE SUPPLY
13802 E 33RD PL
AURORA CO 80011

SEE FINAL PAGE...

ROADWAY'S TARIFFS LIMIT ITS LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED
BELOW. THANK YOU!   ROADWAY EXPRESS, INC.

PLEASE SIGN HERE        DATE        TIME

X

| UNIT NO | | | LOCATION | | | DOOR | UNIT NO |
|---|---|---|---|---|---|---|---|
| 353201 | | | | | | | |

B/L OR WBL NO.
161995709105

PRO  647-053700-4

SEE FINAL PAGE...

SEE FINAL PAGE

CURB CODE
1038

CASH B00

SERVICE   ORDER

| NO. HU | PKG | HM | DESCRIPTION OF ARTICLES | CODP | WEIGHT (LBS) | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | PERCENT DISCOUNT | | | | |
| | | | (OUTBOUND) | | | | |
| | | | WEIGHT INSPECTION CHARGE | REWT | | | |
| | | | GENERAL SURCHARGE (FUEL/FRT) | | | | |
| 1 | TTL | /// | | TTL | 535 | | PPD |
| | | | STC | | | | |
| | | | PO=S13950 U=50 W=500 | PODP | | | |
| | | | CUST ORDER #: 1619957 05 | | | | |

DELIVERY RECEIPT