UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Professional Trade Supply
Of Colorado, Inc.                )
                                 )   Bankruptcy No. 08-25078  ABC
                                 )
                                 )   Chapter 11
                                 )
                                 )
                      Debtors.   )

## Order Regarding Compliance with Rules

American Safety Razor Company has filed a motion, application, or other similar request for relief in the within case regarding the following: Motion for Administrative Expenses

A review of the motion, application, or other similar request for relief indicates that provisions of the Local Rules of Bankruptcy Procedure and/or the Bankruptcy Rules have not been complied with. More specifically,

1. LOCAL RULE:

   (a) _____ 913(b)

   (b) 202

2. BANKRUPTCY RULE:

   (a) _____ 7004      (f) _____ 4008
   (b) _____ 2014      (g) _____ 6004
   (c) _____ 2016      (h) _____ 6007
   (d) _____ 4001      (i) _____ 9014
   (e) _____ 4007      (j) _____ 9019

3. OTHER

   (a) 11 U.S.C. § 503(b)

IT IS THEREFORE ORDERED that the movant(s)/applicant(s) shall comply with the above-noted rule(s) within ten (10) days from the date of issuance of this order, failing which the matter shall be denied without further notice or hearing.

Dated: February 20, 2009

BY THE COURT:

A. Bruce Campbell, Judge
United States Bankruptcy Court