IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable A. Bruce Campbell

| | |
|---|---|
| In re: )<br>)<br>PROFESSIONAL TRADE SUPPLY OF )<br>COLORADO, INC. )<br>)<br>Debtor(s). )<br>_____ ) | Case No. 08-25078 ABC<br>Chapter 11 |

### AMENDED* ORDER TO APPLICANT TO OBTAIN COUNSEL

On February 13, 2009, American Safety Razor Company ("Applicant") filed a *Request for Allowance and Payment of Administrative Expense Claim* ("Request"). It has come to the Court's attention that the Request bears the signature of Bernard A. McGough, as Corporate Director of Credit at American Safety Razor Company.

Pursuant to the authority of *Flora Construction Co. v. Fireman's Fund,* 307 F.2d 413, 414, certiorari denied 371 U.S. 950, 83 S.Ct. 505 (1963), corporate entities cannot appear in these proceedings *pro se* by and through officers or employees of the corporation. The Request must be signed and submitted by an attorney licensed to practice in this Court. Accordingly, it is

ORDERED, that on or before five (5) court days from the date of this Order, Applicant shall cure this deficiency in accordance with Rule 9011 by obtaining counsel who will enter an appearance on behalf of the Applicant and sign the *Request for Allowance and Payment of Administrative Expense Claim* failing which the Request will be deemed denied without further notice or hearing and no further action will be taken on the Request.

DATED: March 17, 2009

BY THE COURT:

_____
A. Bruce Campbell
United States Bankruptcy Judge

* This Order amends this Court's prior order of February 25, 2009 to reflect that Applicant does not have counsel of record in this case and must obtain counsel.