# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

The Honorable A. Bruce Campbell

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-25078-ABC |
| PROFESSIONAL TRADE SUPPLY OF ) | Chapter 11 |
| COLORADO, INC. ) | |
| ) | |
| Debtor(s). ) | |
| ) | |

## ENTRY OF APPEARANCE

Daniel J. Levin, Levin & Weiser, LLC does hereby enter his appearance on behalf of American Safety Razor Company in the above-referenced matter.

DATED: March 20, 2009

                                      Respectfully submitted,
                                      LEVIN & WEISER, LLC

*(Original duly executed and maintained pursuant to C.R.C.P. 121 § 1-26)*

/s/ Daniel J. Levin
Daniel J. Levin #16550
LEVIN & WEISER, LLC
950 S. Cherry St., Suite 1000
Denver, CO 80246-2667
Tel. 303-504-4242
Fax 303-691-9719
Email: dlevin@lw-law.com
ATTORNEYS FOR AMERICAN SAFETY RAZOR CO.