**FILED**
BRADFORD L. BOLTON
CLERK

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
The Honorable A. Bruce Campbell

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-257078-ABC |
| PROFESSIONAL TRADE SUPPLY OF ) | Chapter 11   08-25078 ABC |
| COLORADO, INCE ) | |
| ) | |
| Debtor(s). ) | |
| ) | |

## REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

### TO THE HONORABLE A. Bruce Campbell
### UNITED STATES BANKRUPTCY JUDGE:

American Safety Razor Company LLC ("Applicant" or "Vendor") by its attorneys, Daniel Levin and Levin & Weiser, LLC, as and for its request for allowance and payment of an administrative expense claim pursuant to 11 U.S.C. *§503(b)(9)*, relating to the prior delivery of goods to the Debtor in the ordinary course of business, represents and shows this court as follows:

1. On September 29, 2008 (the "Petition Date"), Professional Trade Supply of Colorado, Inc (the "Debtor") filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code. Since the Chapter 11 filing, the Debtor continues in possession and management of its property as a debtor-in-possession pursuant to 11 §§U.S.C 1107 and 1108.

2. The Vendor is a national/regional supplier of goods, merchandise and products which were sold and delivered to the Debtor prior to commencement of the Chapter 11 case.

3. Contemporaneously herewith, the Vendor has asserted a reclamation demand for all goods and merchandise sold and delivered to the Debtor within 45 days of the Petition Date or such lesser period as applicable. A copy of the Vendor's reclamation demand is annexed hereto as Exhibit "A".

4. In conjunction with the reclamation demand, Vendor hereby also asserts an administrative expense priority claim pursuant to 11 U.S.C. §503(b)(9) in the sum of $5,885.00, representing the value of so much of the goods and merchandise which were sold and delivered to the Debtor within 20 days of the Petition Date (hereinafter the "20 Day Deliveries"). A statement of account for the 20 Day Deliveries, together with applicable invoices is collectively annexed hereto as Exhibit "B".

5. All 20 Day Deliveries were ordered, purchased and delivered by the Vendor to the Debtor in the ordinary course of the parties' respective business.

6. 11 U.S.C. Section §503(b)(9) as recently adopted, now provides for the allowance of administrative expense treatment "for the value of any goods received by the debtor within 20 days before the date of commencement of case under this title

(Title 11)…which goods have been sold to the debtor in the ordinary course of…business". Moreover, the Vendor's entitlement to an administrative expense priority claim under 11 U.S.C. §503(b)(9) applies regardless of whether the vendor has a valid reclamation claim or even makes demand therefore.

7. The Vendor's administrative expense claim should be paid promptly by the Debtor, or alternatively, the Vendor is entitled to adequate assurance of payment on account of its administrative expense claim in the event payment is deferred on the same or similar terms obtained by other administrative expense claimants, including all professional persons.

WHEREFORE, the Vendor / Applicant respectfully prays for relief consistent with the foregoing, together with such other and further relief as may be deemed just and proper.

Dated: March 24, 2009

LEVIN & WEISER, LLC

Daniel J. Levin #16550
Counsel for Vendor/Applicant American
Safety Razor Company
950 S. Cherry St., Suite 1000
Denver, CO 80246-2667
Tel. 303-504-4242
Fax 303-691-9719
Email: dlevin@lw-law.com

## CERTIFICATE OF SERVICE

I certify that on March 24, 2009 the foregoing was filed with the Court; and a true and accurate copy of the foregoing document was served via US Mail addressed to the following:

Lee M. Kutner #10966
Kutner Miller Brinen,P.C.
303 E 17th Ave, Suite 500
Denver, CO 80203
Ph 303-832-2400
Fax 303-832-1510

(Original duly executed and maintained pursuant to C.R.C.P. 121 § 1-26:9)

/s/ Ashton Gilliard



Corporate Accounts Receivable

540/245-2232 • Fax 540/248-9771
One Razor Blade Lane • Verona, Virginia 24482

Oct. 6, 2008

Professional Trade Supply of Colorado, Inc.
Attn: President
13802 E 33rd Street
Aurora, CO 80011

Reference: Exercise of Right of Reclamation

Dear Sir/Madam:

Pursuant to the terms of Section 546 of Title 11, United States Code, American Safety Razor Company, LLC hereby demands that Professional Trade Supply of Colorado, Inc. return all goods received and not paid for as provided for in the above provisions of the law. This demand includes the following invoices:

| Date | Invoice# | PO# | Amount |
|---|---|---|---|
| 8/12/08 | 1740848 | 129316 | 3,935.70 |
| 8/19/08 | 1744207 | 129316 | 424.80 |
| 9/16/08 | 1759065 | S13950 | 5,885.00 |
| | | | $10,245.50 |

If you have any questions concerning this reclamation, please call me at 540-248-9723.

Sincerely,


Bernard A. McGough
Corporate Director of Credit
American Safety Razor Company

EXHIBIT A, PG 2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X C Simons ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Professional Trade Supply<br>of Colorado, Inc<br>ATTN: President<br>13802 E 33rd Street<br>Aurora, Co. 80011 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) 7008 1300 0001 8396 1193 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15 | |



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

7008 1300 0001 8396 1193

| | OFFICIAL USE | |
|---|---|---|
| Postage | $ | .42 |
| Certified Fee | | 2.70 |
| Return Receipt Fee (Endorsement Required) | | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.32 |

Sent To Professional Trade Supply of Co
Street, Apt. No.; or PO Box No. 13802 E 33rd Street
City, State, ZIP+4 Aurora, Co 80011

PS Form 3800, August 2006    See Reverse for Instructions

Exhibit B, PG 1

arcsiq.p.1+      27.13 Customer Account Inquiry      10/27/08

Bill To: 00024163 PROFESSIONAL TRADE /    Balance: 17,695.70
Open Only: Yes   Currency:    Reporting Currency: USD
Beg Date: 10/28/07 End Date: 10/27/08      Output: terminal

| Date | Ref _Invoice_ | T | Due Date | C | Amount | Amount Open | Cur | Check | Days |
|---|---|---|---|---|---|---|---|---|---|
| 09/16/08 | 1759065 | I | 10/23/08 | | 5,885.00 | 5,885.00 | USD | | |
| 08/19/08 | 1744207 | I | 09/25/08 | | 424.80 | 424.80 | USD | | |
| 08/12/08 | 1740848 | I | 09/18/08 | | 3,935.70 | 3,935.70 | USD | | |
| 08/07/08 | 1739077 | I | 09/13/08 | | 3,599.60 | 3,599.60 | USD | | |
| 07/16/08 | 1726811 | I | 08/22/08 | | 318.60 | 318.60 | USD | | |
| 07/12/08 | 1724071 | I | 08/18/08 | | 503.00 | 503.00 | USD | | |
| 07/07/08 | 1721288 | I | 08/13/08 | | 3,029.00 | 3,029.00 | USD | | |

EXHIBIT B, PG 2

1759065
09/16/08

Page: 1

AMERICAN SAFETY RAZOR COMPANY
P O BOX 70747
CHICAGO, IL 60673-0747

00086540
PROFESSIONAL TRADE SUPPLY
13802 EAST 33RD PLACE
AURORA, CO 80011
UNITED STATES

00086540
PROFESSIONAL TRADE SUPPLY
13802 EAST 33RD PLACE
AURORA, CO 80011
UNITED STATES

SALES ORDER:    1619957
ORDER DATE:     09/04/08
SALESPERSON:

P.O. NUM: S13950

SHIP DATE: 09/16/08     SOLD TO#: 00024163
SHIP VIA:  RDWY                   5949
FOB POINT:
PRO NUMBER:    647-053700-4
PRO NUMBER2:
CREDIT TERMS: 2/20/30

| Item | UOM | Qty | BO | Whse | Price | Extended |
|---|---|---|---|---|---|---|
| 61-0017-0000 'PERS .017 HD CPT BLD 100 BL/CT, 10 CT/CS | CS | 20. | 0. | P8050 | 100.90 | 2018.00 |
| 61-0027-0000 PERS .017 4" STRIPPER BL 10/1TB 10 TB/CT 10 CT/CS | CS | 5. | 0. | P8050 | 156.90 | 784.50 |
| 61-0032-0000 PERS 8" FLOOR STRIPPER 5 TUBES/CT, 5 CT/CS | CS | 10. | 0. | P8050 | 177.60 | 1776.00 |
| 61-0081-0000 'PERS .025 BLUE HD UTIL 100 BL/CT, 10 CT/CS | CS | 15. | 0. | P8050 | 87.10 | 1306.50 |

* * * D U P L I C A T E * * *

Non-Taxable:    5,885.00    Currency: USD    Line Total:    5,885.00
                                              Total:        5,885.00

```
PACKING     LIST
PAGE:   1
PRINT DATE:  09/15/08
PRINT TIME:  10:21:42
```

PICKED BY: _____ SF _____

PREPARED FOR
SHIPMENT BY: _____
             _____
             _____

CONFIRMED BY: _____

ORDER NUMBER:     1619957
PURCHASE ORDER:   S13950
SHIP TO:          00086540
PROFESSIONAL TRADE SUPPLY
13802 EAST 33RD PLACE
AURORA, CO 80011
UNITED STATES

*RDWY*
*50% on 1 SKID*

BATCH NUMBER:                           SHIP VIA:
BOL:                                    PRO:

| m | Item Number | T | Site Location | Qty to Ship | Open Qty | UM | Due Shipped | Weight | Cube |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 61-0017-0000<br>'PERS .017 HD CPT BLD<br>100 BL/CT, 10 CT/CS<br>   ST | | 5000<br><br><br>040000 | 20.0<br><br><br>(20) 20.0 | | CS | 09/11/08 *<br><br>09/11/08<br>( 20 ) | <br><br><br>148.00 | <br><br><br>2.40 |
| 2 | 61-0027-0000<br>PERS .017 4" STRIPPER BL<br>10/1TB 10 TB/CT 10 CT/CS<br>   ST | | 5000<br><br><br>042200 | 5.0<br><br><br>(5) 5.0 | | CS | 09/11/08 *<br><br>09/11/08<br>( 5 ) | <br><br><br>56.90 | <br><br><br>0.90 |
| 3 | 61-0032-0000<br>PERS 8" FLOOR STRIPPER<br>5 TUBES/CT, 5 CT/CS<br>   ST | | 5000<br><br><br>042000 | 10.0<br><br><br>(10) 10.0 | | CS | 09/11/08 *<br><br>09/11/08<br>( 10 ) | <br><br><br>154.50 | <br><br><br>1.05 |
| 4 | 61-0081-0000<br>'PERS .025 BLUE HD UTIL<br>100 BL/CT, 10 CT/CS<br>   ST | | 5000<br><br><br>041000 | 15.0<br><br><br>(15) 15.0 | | CS | 09/11/08 *<br><br>09/11/08<br>( 15 ) | <br><br><br>139.50 | <br><br><br>1.73 |

                Totals          50.0            498.90    6.08

*534*

# STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Original Bill of Lading.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) h Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

AMERICAN SAFETY RAZOR COMPANY
Razor Blade Lane, Verona, Va. 24482-0879

TO: PROFESSIONAL TRADE SUPPLY
13802 EAST 33RD PLACE

AURORA CO 80011

BOL NUMBER: 161995709105
SHIP DATE: 09/16/08
SHIP VIA: RDWY
P.O. NUMBER: S13950
ORDER NUMBER: 1619957 05

Comments:

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

| Pkgs | Description of Articles | Class | Weight | |
|------|-------------------------|-------|--------|---|
| 50 | Knife Blades, Steel O/T Gold or Silver Plated NMFC - 100940 Sub 3 | CL 77.5 | 500 | PREPAID |

Totals

50 (CS On) 500
1 pallet 534

Charges are prepaid unless otherwise noted.

Received $ _____ to apply in prepayment of the charges on the property described hereon.

FOR SHIPMENT STATUS, CALL 1-800-ROADWAY
647
08/22/07
647-053700-4

Roadway's tariffs are incorporated herein (copies available upon request). Roadway's tariffs limit its liability. This shipment is subject to the terms and conditions of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

Pro#: 647-053700-4

| C.O.D. SHIPMENT | REMIT ALL BILLS FOR PAYMENT TO: | AGENT OR CASHIER |
|---|---|---|
| D. AMT. | American Safety Razor Company | |
| LECTION | P.O. Box 818019 | |
| TOTAL CHARGES | Cleveland, OH 44181 | Per _____ (The signature here acknowledges only the amounts prepaid.) |

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41, of the Consolidated Freight Classification.

is to certify that the above articles are properly described by name, and are packed and marked and are in proper condition for transportation according to regulations prescribed by the Interstate Commerce mission.
o shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
pper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
E-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

CHARGES ADVANCED
(SWS STC 50CS)

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.   PER _____   SHIPPER   $ _____

ACCOUNTING COPY     Shipper, Per _____ 9/16/08   Agent, Per _____

| | |
|---|---|
| ENTRY DATE 09-16-08 | PRO NO. 647-053700-4 |
| DESTINATION 890-1 | ORG 647 |
| AVE CODE /12 | |
| TRAILER/CAR NO. 80394..4 | |
| PAGE 03 OF 03 | |
| PO/RECEIPT NO. 513950 | |
| SHIPPER: AMERICAN SAFETY RAZOR, ONE RAZOR BLADE LANE, VERONA VA 24482 | |
| CONSIGNEE: PROFESSIONAL TRADE SUPPLY, 13802 E 33RD PL, AURORA CO 80011 | |
| DUE 23 | |
| CTRL CODE 1038 | |
| O. 032 CASW BOO | |

ROADWAY'S TARIFFS LIMIT ITS LIABILITY. ALL FREIGHT RECEIVED IN GOOD ORDER AND SHRINKWRAP/BANDING INTACT UNLESS NOTED BELOW. THANK YOU! ROADWAY EXPRESS, INC.

PLEASE SIGN HERE      DATE      TIME

X

UNIT NO. 353201     LOCATION TERMD1     DOOR 26

BL OR GBL NO. 161995709105

PRO 647-053700-4

CO#: 1619957 05

DELIVERY RECEIPT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PICKUP DATE 09-16-08 | DESTINATION B90- | RATE CODE /12 | TRAILER/CAR NO. 83394..4 | PAGE 01 OF 03 | | 647-053700-4 | 138/99 *** |
| PO NO./DEPT NO. 513950 | | | | PAY AL CODE | | ORG 647 | |
| AMERICAN SAFETY RAZOR ONE RAZOR BLADE LANE VERONA VA 24482 | | | SHPT PCS. 0015 | WGT CK. AMOUNT | | ROADWAY'S TARIFFS LIMIT ITS LIABILITY. ALL FREIGHT RECEIVED IN GOOD ORDER AND SHRINKWRAP/BANDING INTACT UNLESS NOTED BELOW. THANK YOU! ROADWAY EXPRESS, INC. | |
| PROFESSIONAL TRADE SUPPLY 13802 E 33RD PL AURORA CO 80011 | | | | TERM. CODE 1038 CASH BOO | | PLEASE SIGN HERE X [signature] 353201 | DATE 9-22-08 TIME |

SEE FINAL PAGE...

| B/L OR SER. NO. 161795709105 | | | SEE FINAL PAGE... | | | SEE FINAL PAGE |
|---|---|---|---|---|---|---|
| PRO 647-053700-4 | | | | | | |
| PCS. NO. | PKG | HM | DESCRIPTION OF ARTICLES | CODE | WEIGHT (LB) | RATE | CHARGES |
| 1 | SKD | | WEIGHT CORRECTION ISS: 09-17 ASSESSED PER ATTACHED WEIGHT CERTIFIC DID READ PCS: 1 WT: 534 FORKS, KNIVES, BLADES OR SPOONS, STEEL O/T GOLD OR SILVER PLATED NMFC=10094003 CLG779 30 CAS PALLET WEIGHT LBS34 | C77.5 PLTW | 501 34 | |

DELIVERY RECEIPT

| RWY RCV DATE | DESTINATION | RATE CODE | ITEM/BLOCK NO | PAGE | | 647-053700-4 |
|---|---|---|---|---|---|---|
| 09-16-08 | 890- | /12 | 83394..4 | 02 OF 03 | | |

PO NO/DEPT NO: S13950

AMERICAN SAFETY RAZOR
ONE RAZOR BLADE LANE
VERONA VA 24482

PROFESSIONAL TRADE SUPPLY
13802 E 33RD PL
AURORA CO 80011

SHIPPER DIGITS
CASE CODE 1038
CASW BOO

ORG 647

ROADWAY'S TARIFFS LIMIT ITS LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED
BELOW. THANK YOU!  ROADWAY EXPRESS, INC.

PLEASE SIGN HERE      DATE      TIME
X
UNIT NO 353201

SEE FINAL PAGE...

BL OR GBL NO: 161995709105
PRO 647-053700-4

SEE FINAL PAGE...

SEE FINAL PAGE

| NO.HU | PKG | HM | DESCRIPTION OF ARTICLES | COUF | WEIGHT (LB) | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | TTL | /// | PERCENT DISCOUNT (OUTBOUND) WEIGHT INSPECTION CHARGE GENERAL SURCHARGE (FUEL/FRT) STC PO=S13950 U=50 W=500 CUST ORDER #: 1619957 05 | REWT TTL PODP | 535 | | PPD |

DELIVERY RECEIPT