UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                           )        Bankruptcy No. 08-25078 ABC
    **Professional Trade Supply**        )
    **Of Colorado, Inc.**                )
                                         )        Chapter 11
                                         )
                                         )
                        Debtors.         )

## Order Regarding Compliance with Rules

American Safety Razor Company LLC has filed a motion, application, or other similar request for relief in the within case regarding the following: Request for Allowance and Payment of Administrative Expense Claim.

    A review of the motion, application, or other similar request for relief indicates that provisions of the Local Rules of Bankruptcy Procedure and/or the Bankruptcy Rules have not been complied with. More specifically,

1. LOCAL RULE:

    (a) _____ 913(b)

    (b) _XXX_ 202 *

2. BANKRUPTCY RULE:

| | | | | |
|---|---|---|---|---|
| (a) _____ 7004 | | | (f) _____ 4008 |
| (b) _____ 2014 | | | (g) _____ 6004 |
| (c) _____ 2016 | | | (h) _____ 6007 |
| (d) _____ 4001 | | | (i) _____ 9014 |
| (e) _____ 4007 | | | (j) _____ 9019 |

3. OTHER

    _XXX_ 11 U.S.C. §503(a) and (b) *

\* Allowance of administrative claims may be granted only after "notice and a hearing" which triggers use of the procedure of L.B.R. 202.

IT IS THEREFORE ORDERED that the movant(s)/applicant(s) shall comply with the above-noted rule(s) within ten (10) days from the date of issuance of this order, failing which the matter shall be denied without further notice or hearing.

                                                          BY THE COURT:

Dated: _April 6, 2009_                               _/s/ A. Bruce Campbell_

                                                          A. Bruce Campbell, Judge
                                                          United States Bankruptcy Court