UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 08-25078 ABC |
| **Professional Trade Supply** | ) | |
| **Of Colorado, Inc.** | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtors. | ) | |

## Order Regarding Compliance with Rules

American Safety Razor Company LLC has filed a motion, application, or other similar request for relief in the within case regarding the following: Request for Allowance and Payment of Administrative Expense Claim.

A review of the motion, application, or other similar request for relief indicates that provisions of the Local Rules of Bankruptcy Procedure and/or the Bankruptcy Rules have not been complied with. More specifically,

1. LOCAL RULE:

    (a) _____ 913(b)

    (b) XXX 202 *

2. BANKRUPTCY RULE:

    (a) _____ 7004         (f) _____ 4008
    (b) _____ 2014         (g) _____ 6004
    (c) _____ 2016         (h) _____ 6007
    (d) _____ 4001         (i) _____ 9014
    (e) _____ 4007         (j) _____ 9019

3. OTHER

    XXX 11 U.S.C. §503(a) and (b) *

* Allowance of administrative claims may be granted only after "notice and a hearing" which triggers use of the procedure of L.B.R. 202.

IT IS THEREFORE ORDERED that the movant(s)/applicant(s) shall comply with the above-noted rule(s) within ten (10) days from the date of issuance of this order, failing which the matter shall be denied without further notice or hearing.

BY THE COURT:

Dated: April 6, 2009

_A. Bruce Campbell, Judge_
United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 1082-1              User: purdyj                Page 1 of 1                Date Rcvd: Apr 06, 2009
Case: 08-25078                    Form ID: pdf904             Total Served: 4

The following entities were served by first class mail on Apr 08, 2009.
db           +Professional Trade Supply of Colorado, Inc.,   13802 East 33rd Place,   Aurora, CO 80011-1607
aty          +Daniel J. Levin,   950 S. Cherry St.,   Suite 1000,   Denver, CO 80246-2667
cr           +American Safety Razor Company LLC,   c/o Bernard A. McGough,   One Razor Blade Lane,
               Verona, VA 24482-9451
sp           +Jacques Ruda,   6000 E. Evans Ave.,   Suite 1-211,   Denver, CO 80222-5413

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2009**                          **Signature:**         *Joseph Speetjens*