FILED
BRADFORD L. BOLTON
CLERK

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
The Honorable A. Bruce Campbell

2009 APR -8 PM 4: 45

| | |
|---|---|
| In re: ) | OP. 25078ABC |
| ) | Case No. 08-257078-ABC |
| PROFESSIONAL TRADE SUPPLY OF ) | Chapter 11 |
| COLORADO, INC., dba PTS, ) | |
| EIN #84-0634679 ) | |
| Debtor(s). ) | |
| ) | |

## REPLY TO DEBTOR'S OBJECTION TO MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

American Safety Razor Company LLC ("Razor"), by its attorneys, Levin & Weiser, LLC, states as follows:

1. The authorized representative of Razor had forwarded the Court documents to prior counsel for Razor, not knowing that he had resigned and no longer works for Razor. Said counsel responded by stating he was no longer counsel, and thought that the authorized representative could file his own pleading. The representative did so, and the Court rejected his pleading, ordering Razor to obtain counsel.

2. The undersigned was in the middle of legal proceedings in the Arapahoe District Court when advised of this matter on Friday, March 20, 2009, and only had time to file an entry of appearance, and did not note that the Court requested an Application to be filed by counsel within 5 days.

3. The undersigned was still preoccupied with legal proceedings on Monday, March 23, and was unable to have its Application filed until Tuesday, March 24.

4. Having just entered the case, the undersigned was not aware of any prior Orders and did not have a chance to review the docket in such a narrow time frame.

5. The Applicant Razor should not be penalized and lose all rights of recovery due to the resignation of prior counsel and/or the lack of time afforded new local counsel to be brought up to speed on the pending matter. Debtor will suffer no prejudice by these events, yet Applicant will be damaged due to the technical noncompliance.

WHEREFORE, Applicant Razor respectfully requests that it be granted leave to come into compliance with the Court's Orders and be granted an enlargement of time in which to revise and properly file its Application, together with such other and further relief as may be just and proper.

Dated: April 8, 2009

Respectfully submitted,

Daniel J. Levin
Levin & Weiser, LLC
950 S. Cherry St. #1000
Denver, CO 80246
T 303-504-4242
F 303-691-9719
Email: dlevin@lw-law.com
Counsel for Applicant Razor

## CERTIFICATE OF SERVICE

I certify that on April 8, 2009 the foregoing was filed with the Court; and a true and accurate copy of the foregoing document was served via US Mail addressed to the following:

Lee M. Kutner #10966
Kutner Miller Brinen, P.C.
303 E 17th Ave, Suite 500
Denver, CO 80203
Ph 303-832-2400
Fax 303-832-1510

(Original duly executed and maintained pursuant to C.R.C.P. 121 § 1-26:9)

/s/ Ashton O'Niard