IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable A. Bruce Campbell

FILED
BRADFORD L. BOLTON, CLERK
APR 21 2009
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: )
)  Case No. 08-25078-ABC
PROFESSIONAL TRADE SUPPLY OF ) Chapter 11
COLORADO, INC., dba PTS, )
EIN #84-0634679 )
Debtor(s). )
_____ )

### NOTICE OF WITHDRAWAL OF MOTION AND APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

American Safety Razor Company LLC ("Razor"), by its attorneys, Levin & Weiser, LLC, hereby withdraws its Motion and Application for Allowance and Payment of Administrative Expense Claim.

Dated: April 14, 2009

Respectfully submitted,

Daniel J. Levin
Levin & Weiser, LLC
950 S. Cherry St. #1000
Denver, CO 80246
T 303-504-4242
F 303-691-9719
Email: dlevin@lw-law.com
Counsel for Applicant Razor

## CERTIFICATE OF SERVICE

I certify that on April 14, 2009 the foregoing was filed with the Court; and a true and accurate copy of the foregoing document was served via US Mail addressed to the following:

Lee M. Kutner #10966
Kutner Miller Brinen,P.C.
303 E 17th Ave, Suite 500
Denver, CO 80203
Ph 303-832-2400
Fax 303-832-1510

(Original duly executed and maintained pursuant to C.R.C.P. 121 § 1-26:9)

/s/ Ashton Gilliard