IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable A. Bruce Campbell

In re: )
)
PROFESSIONAL TRADE SUPPLY OF ) Case No. 08-25078-ABC
COLORADO, INC. ) Chapter 11
)
)
Debtor(s). )
)
_____ )

# NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD
# FOR APPLICANT AMERICAN SAFETY RAZOR

The undersigned attorney for Applicant American Safety Razor provides this Notice of Withdrawal as attorney of record and affirms to the Court, the client and all attorneys of record:

1. The undersigned attorney wishes to withdraw and has made reasonable efforts to give actual notice to the client prior to filing this Notice;

2. The court retains jurisdiction over the case and the client/Applicant;

3. The client/Applicant has the burden of keeping the court informed where notices, pleadings, or other papers may be served;

4. The client/Applicant has the obligation to prepare for any hearings or trials in adversary proceedings or contested matters, and American Safety Razor may not appear without counsel admitted to practice before the court, and therefore, client/Applicant must hire other counsel to prepare for such hearings or trials when there are pending hearings or trial dates;

5. If substitute counsel is not hired, the client/Applicant has the obligation to decide whether to respond to any motions that may be filed in his/her case after this counsel's withdrawal, to file a timely response, and to respond to any Orders of the Court that require the client to respond;

6. If the client/Applicant fails or refuses to meet these burdens, the client/Applicant may suffer possible default or dismissal of the pending adversary proceeding, contested matter, or in some circumstances, the client/Applicant's case;

7. No pending matters, including trials and hearings on adversary proceedings or contested matters will be affected by this withdrawal of counsel;

8. Service of process may be served upon the client at the last known address and telephone number of client:

> **Bernie McGough**
> **American Safety Razor Company**
> **1 Razor Blade Lane**
> **Verona Virgina, 24482**
> **(540) 248-9723 telephone**
> **(540) 248-9771 fax**

9. The client has a right to object to counsel's proposed withdrawal within 15 days of this Notice.

10. There are no unresolved matters currently pending before the Court. Any written orders have been submitted and entered by the Court and complied with by the withdrawing attorney; and

11. The withdrawal of counsel shall be effective only upon Court Order entered after service of the Notice of Withdrawal on counsel of record and on the client/Applicant.

DATED: August 7, 2009

Respectfully submitted,
LEVIN & WEISER, LLC

_(signature)_

Daniel J. Levin #16550
LEVIN & WEISER, LLC
950 S. Cherry St., Suite 1000
Denver, CO 80246-2667
Tel. 303-504-4242
Fax 303-691-9719
Email: dlevin@lw-law.com
ATTORNEYS FOR AMERICAN SAFETY RAZOR CO.