UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)
PROFESSIONAL TRADE SUPPLY ) Case No. 08-25078-ABC
OF COLORADO, INC., dba PTS, )
EIN #84-0634679 ) Chapter 11
)
Debtor. )

## MOTION FOR DISMISSAL OF CHAPTER 11 CASE

The Debtor, by and through its attorneys, Kutner Miller Brinen, P.C., moves the Court pursuant to 11 U.S.C. §1112(b) for dismissal of the captioned Chapter 11 case, and as grounds therefore states as follows:

1. The Debtor filed for relief under Chapter 11 of the Bankruptcy Code on September 29, 2008 and the Debtor has remained a Debtor-in-Possession.

2. The Debtor is engaged in businesses of full line wholesale floor covering distributor to dealers and subcontractors in the Rocky Mountain region. The Debtor's business has been particularly hard hit by the current recession which caused significant downturns in real estate construction and improvements. The Debtor's business relies substantially on construction projects and installation of floor covering materials.

3. The Debtor made substantial efforts during the course of this case to reduce its expenses and attempt to restructure so that it could operate at a profit. The Debtor was able to satisfy, at a discount, the debt of its principal secured lender, Wells Fargo Credit and was able to obtain a new factoring company for its receivables.

4. However, the Debtor has simply not been able to operate at a profit.

5. During the course of the Chapter 11 case, the Debtor has incurred substantial post-petition administrative debt that cannot be paid. In particular, certain creditors have been provided with administrative expenses which now total in excess of $200,000.

6. The Debtor was able to restructure the lease for its facility, however, even with the restructured lease payments and reduced square footage, the Debtor has fallen behind in its rent and is facing an imminent eviction from its space.

7. The Debtor derived much of its business from its Roppe product distribution license. The Debtor has recently been terminated as a Roppe distributor.

8. The Debtor's assets are generally all pledged to Benefactor Funding Company. The administrative expense claims in this case are insurmountable.

9. There is no ability of the Debtor to reorganize under Chapter 11 and no purpose is served by maintaining its Chapter 11 case.

10. Similarly, conversion of the case to Chapter 7 would yield no benefit for unsecured creditors as the Chapter 7 estate would be administratively insolvent and there would be no assets to liquidate and distribute to unsecured creditors. All creditors and the Debtor are better served by dismissal of this case.

WHEREFORE, the Debtor prays that the Court make and enter an Order dismissing the captioned Chapter 11 case, and for such further and additional relief as to the Court may appear proper.

DATED: September 22, 2009

Respectfully submitted,

By: _____
Lee M. Kutner # 10966
**KUTNER MILLER BRINEN, P.C.**
303 East 17th Avenue, Suite 500
Denver, CO 80203
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
E-Mail: lmk@kutnerlaw.com