UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                    )
                                          )
PROFESSIONAL TRADE SUPPLY                 )    Case No. 08-25078-ABC
OF COLORADO, INC., dba PTS,               )
EIN #84-0634679                           )    Chapter 11
                                          )
        Debtor.                           )

## ORDER DISMISSING CHAPTER 11 BANKRUPTCY CASE

This matter having come before the Court on the Motion for Dismissal of Chapter 11 Case, notice having been provided to creditors and parties in interest and ~~no objections having been received, the Court does hereby~~ the only objection that was filed having been withdrawn, The Court does
        ORDER

That the above captioned Chapter 11 bankruptcy case is hereby dismissed.

Done and entered this 23 day of ~~October,~~ December 2009 at Denver, Colorado.

Honorable A. Bruce Campbell
United States Bankruptcy Judge

5